**RECEIVED**
IN LAKE CHARLES, LA

MAY 1 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-20096-002 |
|---|---|---|
| | ) | |
| VERSUS | ) | JUDGE MINALDI |
| | ) | |
| MONISHA S. RICE | ) | MAGISTRATE JUDGE WILSON |

## O R D E R

Considering the foregoing Motion Pursuant to 5K1.1 of the United States

Sentencing Guidelines and the facts contained therein,

IT IS HEREBY ORDERED that said motion be granted and that a hearing be

scheduled for the   **15th**   day of   **May**   , 2006, at **10:00 a.m.** to

allow the government and the defendant to make a showing of the nature and extent of

the assistance provided by the defendant.

THUS DONE AND SIGNED this _____ day of May, 2006 at Lake Charles,

Louisiana.

PATRICIA MINALDI
United States District Judge