RECEIVED
IN LAKE CHARLES, LA

DEC 0 7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04-20096-002 |
|---|---|---|
| VERSUS | * | JUDGE MINALDI |
| MONISHA S. RICE | * | MAGISTRATE JUDGE KAY |

### ORDER

Upon consideration of the Motion to Dismiss filed by the United States in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that Count 4 of the Indictment pending in the captioned matter against the captioned defendant is hereby dismissed.

DONE AND SIGNED this 30 day of November 2009 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge